UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DIANNE M. GNATZIG,

        Plaintiff,

v.                                                Case No. 08-CV-246

MEDCO HEALTH SOLUTIONS, INC.,

        Defendant.

_____

## ORDER

Plaintiff Dianne Gnatzig ("Gnatzig") filed an employment discrimination action against defendant Medco Health Solutions, Inc. ("Medco") arising from Medco's termination of her employment. On December 2, 2008, Gnatzig filed a motion to compel discovery. Gnatzig's motion sought to compel Medco to produce two items: 1) an unredacted calendar maintained by Gnatzig's manager, Alex Krynicki; and, 2) documents related to a harassment complaint filed against Gnatzig. On December 22, 2008, the court held a hearing on the plaintiff's motion. At the hearing, plaintiff's counsel acknowledged that Medco had produced the requested calendar, but that all information had been redacted.

The court denied Gnatzig's motion to compel materials regarding the harassment complaint. However, on the motion to compel the calendar, the court instructed Medco that it could submit an unredacted version of the calendar to the court under seal for review. Medco submitted the specified materials to the court on

December 29, 2008. The court has reviewed this calendar and directs Medco to produce the following entries:

    a.    2:00 p.m.    "HR" entry for January 11, 2006;
    b.    1:30 p.m.    "Perf, Review" entry for February 13, 2006;
    c.    10:00 a.m.    "Performance Review" entry for February 27, 2006;
    d.    1:00 p.m.    "Staff Meeting" entry for March 15, 2006;
    e.    9:00 a.m.    "HR Stuff" entry for April 7, 2006;
    f.    3:00 p.m.    "HR Issues Discussion" for April 18, 2006;
    g.    4:00 p.m.    "Employee Relations Issues" entry for April 26, 2006;
    h.    11:00 a.m.    "HR Organizational" entry for June 1, 2006;
    I.    10:30 a.m.    "Waukesha HR Issues" entry for June 12, 2006; and
    j.    8:30 a.m.    & 12:00 p.m.   "Waukesha" entries for June 21, 2006.

Thus, the court will grant Gnatzig's motion to compel the aforementioned calendar entries.

Accordingly,

**IT IS ORDERED** that Gnatzig's motion to compel discovery be and the same is hereby **GRANTED** in part, and **DENIED**, in part; within ten (10) days of this order, Medco shall produce all calendar entries as specified in the court's order.

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2009.

                                                BY THE COURT:

                                                J.P. Stadtmueller
                                                U.S. District Judge